# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 09-203 ODW |
| Date | April 20, 2010 |
| Present: The Honorable | OTIS D. WRIGHT II |
| Interpreter | |

| R. Neal | K. Thibodeaux | H. Anand, A. Bustamante, P. Stern |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| BRUCE KARATZ | Not | | X | E. Peters, J. Keker; M. Celio | Not | | X |

    Day <u>COURT TRIAL</u>    25th Day <u>JURY TRIAL</u>    Death Penalty Phase

    One day trial;    Begun (1st day);    √ Held & continued;    Completed by jury verdict/submitted to court.

    The Jury is impaneled and sworn.

    Opening statements made

    Witnesses called, sworn and testified.

    Exhibits identified    Exhibits admitted

    Government rests.    Defendant    rests.

    Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

    Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

    Closing arguments made    Court instructs jury    Bailiff sworn

    Alternates excused    Jury retires to deliberate    √ Jury resumes deliberations

    Finding by Court as follows:    Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____     Not Guilty on count(s) _____

    Jury polled    Polling waived

    Filed Witness & Exhibit lists    Filed Jury notes    Filed Jury Instructions    Filed Jury Verdict

    Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

    Bond exonerated as to Dft # _____

√    Case continued to 4/21/10 at 8:15 a.m. for further trial/further jury deliberation.

    Other:

    00 hrs : 01 mins

Initials of Deputy Clerk    RGN