ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
PAUL G. STERN (SBN 162734)
HARVINDER S. ANAND (SBN 243913)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0715/3176/2624
    Facsimile: (213) 894-6269
    Email: paul.stern@usdoj.gov
        harvinder.anand@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRUCE E. KARATZ, <br><br> Defendant. | No. CR 09-203-ODW <br><br> **DECLARATION OF PAUL G. STERN IN SUPPORT OF GOVERNMENT'S RESPONSE AND OBJECTIONS TO THE PRESENTENCE REPORT; ATTACHED EXHIBITS** <br><br> Sentencing Date: November 10, 2010 <br> Time: 3:00 p.m. |

    Plaintiff United States of America, by and through its attorney of record, the United States Attorney for the Central District of California, hereby submits this declaration of Paul

//

//

//

G. Stern and attached exhibits in support of the government's Response and Objections to the Presentence Report.

DATED: October 14, 2010

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

　　　　／s／
PAUL G. STERN
HARVINDER S. ANAND

Assistant United States Attorneys
Major Frauds Section

Attorneys for Plaintiff
United States of America

**DECLARATION OF PAUL G. STERN**

I, Paul G. Stern, hereby state and declare as follows:

1. I am an Assistant U.S. Attorney ("AUSA") for the Central District of California and, together with AUSA Harvinder S. Anand, am responsible handling the prosecution of the case of United States v. Bruce Karatz, CR 09-203-ODW.

2. Attached as Exhibit AA to this declaration are true and correct copies of the Complaint, Consent To Entry of Judgement and Judgement in Securities and Exchange Commission v. Bruce E. Karatz, CV 08-6012-AHM.

3. Attached as Exhibit A to this declaration is a true and correct copy of the Redacted Verdict Form returned by the jury in the above-entitled matter on April 21, 2010.

4. Attached as Exhibit B to this declaration is a true and correct copy of an "Options Matter Invoice Summary," which was provided to the government by counsel for KB Home.

5. Attached as Exhibit C are true and correct copies of the government's summary charts setting forth the actual and anticipated gains to defendant Bruce Karatz through his backdating of his own stock options between 1999-2005.

6. Attached as Exhibit D are true and correct copies of an aerial photograph of defendant Bruce Karatz's home, as well as pertinent information pertaining to his residence, which was obtained through the use of the internet.

7. Attached as Exhibit E are true and correct copies of summaries of interviews of various members of KB Home's

Compensation Committee between 1999-2005 conducted during the investigation of the above-entitled matter.

8. Attached as Exhibit F is a true and correct copy of relevant portions of KB Home's Annual Form 10-K filed with the Securities & Exchange Commission on or about February 13, 2007, in which KB Home restated its financial results relating to stock-based compensation for years going back as far as 1999.

9. Attached as Exhibit G is a true and correct copy of relevant portions of the Wall Street Journal of November 11, 2005, which contain an article on authorities conducting probes of improper backdating of stock option grants.

10. Attached as Exhibit H are relevant portions of the trial testimony of Connie Fox on March 12, 2010.

11. Attached as Exhibit I are relevant portions of the trial testimony of Gary Ray on March 17, 2010.

12. Attached as Exhibit J is a true and correct copy of relevant portions of the Wall Street Journal of May 19, 2006 which contain an article on federal probes of stock option practices.

13. Attached as Exhibit K is a true and correct copy of trial exhibit ("TX") 252, admitted at trial in the above-entitled matter.

14. Attached as Exhibit L is a true and correct copy of TX 322, admitted at trial in the above-entitled matter.

15. Attached as Exhibit M is a true and correct copy of TX 340, admitted at trial in the above-entitled matter.

4

16. Attached as Exhibit N is a true and correct copy of TX 343, admitted at trial in the above-entitled matter.

17. Attached as Exhibit O are relevant portions of the trial testimony of Daniel Lefler on March 30, 2010.

18. Attached as Exhibit P are relevant portions of the trial testimony of Gary Ray on March 17, 2010.

19. Attached as Exhibit Q is a true and correct copy of a summary of interview of Ben Hirst conducted on January 15, 2010 during the investigation of the above-entitled matter.

20. Attached as Exhibit R are relevant portions of the trial testimony of Gary Ray on March 17, 2010.

21. Attached as Exhibit S is a true and correct copy of TX 266, which was admitted at trial in the above-entitled matter.

22. Attached as Exhibit T is a true and correct copy of TX 267, which was admitted at trial in the above-entitled matter.

23. Attached as Exhibit U is a true and correct copy of a summary of interview of Ben Hirst conducted on January 22, 2007 during the investigation of the above-entitled matter.

24. Attached as Exhibit V are true and correct copies of summary charts prepared by the government comparing the number of stock option grants received by Bruce Karatz to those received by Gary Ray between 1999-2005.

/ /

/ /

1  25.  Attached as Exhibit W is the Information and plea agreement filed in <u>United States v. Gary Ray</u>, CR 08-1443-ODW.

2  26.  Attached as Exhibit X is a true and correct copy of TX 757, which was admitted at trial in the above-entitled matter.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Los Angeles, California on October 14, 2010.

```
                    /s/
          PAUL G. STERN
```

## CERTIFICATE OF SERVICE

I, **YENI GOMEZ,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **DECLARATION OF PAUL G. STERN IN SUPPORT OF GOVERNMENT'S RESPONSE AND OBJECTIONS TO THE PRESENTENCE REPORT; ATTACHED EXHIBITS**

**service was:**

[X] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By email as follows:

[ ] By federal express as follows:

**Adam Sweeny**
**U.S. Probation**
11827 Ventura Blvd., Suite 100
Studio City, CA 91604-2618

This Certificate is executed on October 14, 2010 at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
YENI GOMEZ