# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 09-203 ODW | Date | October 15, 2010 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Raymond Neal | Katie Thibodeaux | H. Anand; P. Stern |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| BRUCE KARATZ | X | | X | J. Keker; E. Peters; S. Srinivasan | X | | X |

**Proceedings:** **Hearing on Defendant Bruce Karatz's Motion for a New Trial Pursuant to FRCP 33 [388] (Filed 6/14/10) and Defendant Bruce Karatz's Motion for Judgment of Acquittal Pursuant to FRCP 29 [389] (Filed 6/14/10)**

Case called, appearances made. The Court confers with counsel and hears oral argument.

The Court makes certain findings, as noted on the record.

Defendant Bruce Karatz's Motion for a New Trial Pursuant to FRCP 33 [388] (Filed 6/14/10) is DENIED, as noted on the record.

Defendant Bruce Karatz's Motion for Judgment of Acquittal Pursuant to FRCP 29 [389] (Filed 6/14/10) is GRANTED IN PART AND DENIED IN PART, as noted on the record.

| | : | 55 mins |
|---|---|---|
| Initials of Deputy Clerk | RGN | |