# EXHIBIT 1

# MARGOT ARMBRUSTER
11611 San Vicente Blvd., Suite 900
Los Angeles, CA 90049

July 12, 2010

Hon. Otis D. Wright II
United States District Court for the Central District of California
312 N. Spring Street
Los Angeles, CA 90012

Dear Honorable Judge Wright:

I am writing this letter on behalf of my friend and long-time supporter of numerous community organizations and charities, Bruce Karatz. My husband and I have known Bruce for nearly thirty years. Although we have always enjoyed many social occasions with Bruce, we have most enjoyed being with him at the numerous charities that we have both supported.

Two of the non-profit organizations on which I am proud to sit on the Board of Directors and that are most dear to my heart are the Los Angeles Police Foundation and the LAPD Memorial Foundation. The Police Foundation raises substantial contributions to supplement training, technology, equipment and youth programs for the LAPD that are not covered in the City's budget. Bruce has always been very generous in his support and was also an honoree at the Foundation's major fundraiser. This organization helps the police protect and serve the citizens of Los Angeles. The Memorial Foundation supports the widows and orphans of officers either killed or injured in the line of duty and again, Bruce has always been there to support them very generously.

My other philanthropic involvements of which I am proud to serve on are the Board of the Greater Los Angeles Zoo Association and the Board of Saint John's Health Center Foundation. My husband and I also participate in numerous civic and non-profit organizations like the Rape Foundation, the Music Center and many others. Again, Bruce participates and contributes to these organizations as well as numerous others.

Bruce truly has been an asset to the community in his commitment, involvement and generosity and I am hopeful that well-deserved compassion will be afforded to him in this most challenging time for him.

Sincerely,

*Margot Armbruster*

Margot Armbruster