# EXHIBIT 6



**HOMEBOY INDUSTRIES**
"Nothing Stops A Bullet Like A Job"
130 W. Bruno Street • Los Angeles • CA • 90012
Phone 323.526.1254 • Fax 323.526.1257
www.homeboy-industries.org

**Board of Directors**

David V. Adams, Sr.
Carol Biondi
H. Thomas Boyle
James A. Burk
Rosa Campos
Alex Chaves, Sr.
J. Michael Hennigan
Dwight Hotchkiss
Christine Lynch
Amanda Mansour
Charlie McPhee
J. Mario Molina, M.D.
Fr. Al Naucke, S.J.
Viktor Rzeteljski
Joe Seager
Rob Smith
Carlos Vasquez
Joseph J. Ybarra

**Honorary Board Members**

Herb Alpert
Robert Graham *
Anjelica Huston
David G. Price

**Services**

Case Management
Curriculum/Education
Employment Counseling
Legal Services
Mental Health
Twelve Step Meetings
Volunteer "Navigators"
WIN (Work is Noble)
Ya 'Stuvo Tattoo Removal

**Homeboy Industries**

Homeboy Bakery
Homegirl Café & Catering
Homeboy Maintenance
Homeboy Merchandise
Homeboy Press
Homeboy Silkscreen & Embroidery

* deceased

July 1, 2010

Honorable Otis D. Wright II
U.S. District Court for the
Central District of California
312 North Spring Street
Los Angeles, CA 90012

Dear Judge Wright:

I write to you on behalf of BRUCE KARATZ who appears before you for the purpose of sentencing. It has been my distinct privilege to know Bruce and his wife, Lily, and it is with ease that I add my voice to others who seek leniency in Mr. Karatz's sentencing.

I am the founder and Executive Director of Homeboy Industries, the largest gang intervention program in the United States of America. We serve 12,000 clients, gang members and recently released felons, who walk through our doors each year seeking to re-direct their lives. We offer employment referral services, case management, mental health counseling, tattoo removal, legal aid, and substance abuse guidance. As well, we operate five businesses where rival, enemy gang members work alongside side each other in a bakery, a café, in a solar panel installation training center, a silkscreen factory and in our merchandising division. We have been in operation for 23 years.

Bruce has been a mentor, guide and consultant for Homeboy for some time. Those of us who work here and who deal daily with our population would all agree that Bruce Karatz's presence among us has been singularly beneficial.

As has been reported in the press in recent months, Homeboy Industries has undergone great difficulties in keeping our doors open in these challenging economic times. Bruce's contribution during this period has

been noteworthy, indispensable and daily. He is endlessly finding bold and creative ways to broaden our brand, increase the revenue in our businesses and invite more stakeholders to invest in our program of hope. Quite apart from his keen business and managerial savvy, is his absolute willingness to cast his lot with our clients and those of us who serve them. He seems to completely understand the whole truth of these individuals and possesses great reverence for the complexity of their lives. He knows that everyone is a whole lot more than the worst thing they've ever done, and so meets our clients with acceptance and an absence of judgment.

I have been doing this work for a long time. I can name few people who so fully understand the entirety of the Homeboy mission and vision better than Bruce Karatz. He possesses a remarkable ability to stand in awe at what our clients have to carry, rather than stand with disapproval at how they carry it. His kindness and affection shown them has issued in great acceptance on their part of his presence and contribution. With his heart and soul and indeed, boundless compassion, he has chosen, in his work with Homeboy, to stand with the demonized, so that the demonizing will stop. He has sought to stand with the disposable, so that the day will come when we stop throwing people away.

As one who I know understands the value and wisdom of alternative sentencing, I would ask that you make room for such a possibility in Mr. Karatz's case. Sentence him to continue his work with us. His contribution is, frankly, like no other, and has already helped us return 100 of our laid-off employees and trainees to this place of hope and bright promise.

I am confident that the most spacious outlook on sentencing will serve both justice and the community. I am deeply grateful for your kind consideration of the above as you deliberate Mr. Karatz's case. I am more than willing, beyond this letter, to speak on his behalf and would welcome the invitation to do so.

Sincerely,

Gregory J. Boyle, S.J.
Founder / Executive Director