KEKER & VAN NEST LLP
JOHN W. KEKER, SBN 49092
Email: JKeker@kvn.com
ELLIOT R. PETERS, SBN 158708
Email: EPeters@kvn.com
MICHAEL D. CELIO, SBN 197998
Email: MCelio@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

O'MELVENY & MYERS LLP
SRI SRINIVASAN, SBN 205145
Email: ssrinivasan@omm.com
JONATHAN HACKER
(*pro hac vice*)
Email: jhacker@omm.com
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

CALDWELL LESLIE & PROCTOR, PC
ANDREW ESBENSHADE, SBN 202301
Email: esbenshade@caldwell-leslie.com
BENJAMIN B. AU, SBN 237854
Email: au@caldwell-leslie.com
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant BRUCE KARATZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRUCE KARATZ, <br><br> Defendant. | Case No. CR No. 09-0203-ODW <br><br> **DEFENDANT BRUCE KARATZ'S NOTICE OF APPEAL** <br><br> Dept: 11 <br> Judge: Hon. Otis D. Wright II <br><br> Trial Date: March 9, 2010 |

DEFENDANT BRUCE KARATZ'S NOTICE OF APPEAL — CASE NO. 09-203-ODW

TO THE UNITED STATES OF AMERICA AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Bruce Karatz hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment of conviction and sentence dated November 10, 2010, and entered on the docket November 15, 2010. Mr. Karatz gives notice that he is appealing the convictions and all other adverse orders and rulings in this action.

Dated: November 23, 2010

O'MELVENY & MYERS LLP

By: */s/ Sri Srinivasan*
SRI SRINIVASAN
Attorneys for Defendant
BRUCE KARATZ