ATTACHMENT 2

*United States v. Bruce Karatz*, CR No. 09-0203-ODW (C.D. Cal.)

SERVICE LIST

| | |
|---|---|
| JOHN W. KEKER<br>  Email:  JKeker@kvn.com<br>ELLIOT R. PETERS<br>  Email:  EPeters@kvn.com<br>MICHAEL D. CELIO<br>  Email:  MCelio@kvn.com<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188<br><br>Attorneys for Defendant BRUCE KARATZ | SRI SRINIVASAN<br>  Email:  ssrinivasan@omm.com<br>JONATHAN HACKER<br>  Email:  jhacker@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC  20006<br>Telephone:  (202) 383-5300<br>Facsimile:  (202) 383-5414<br><br>Attorneys for Defendant BRUCE KARATZ |
| ANDREW ESBENSHADE<br>  Email:  esbenshade@caldwell-leslie.com<br>BENJAMIN B. AU<br>  Email: au@caldwell-leslie.com<br>CALDWELL LESLIE & PROCTOR, PC<br>1000 Wilshire Boulevard, Suite 600<br>Los Angeles, CA  90017-2463<br>Telephone:  (213) 629-9040<br>Facsimile:  (213) 629-9022<br><br>Attorneys for Defendant BRUCE KARATZ | PAUL G. STERN, AUSA<br>  Email:  paul.stern@usdoj.gov<br>HARVINDER S. ANAND<br>  Email:  harvinder.anand@usdoj.gov<br>UNITED STATES ATTORNEYS' OFFICE<br>1100 North Spring Street<br>Los Angeles, CA 90012<br>Telephone:  (213) 894-2434<br>Facsimile:  (213) 894-0141<br><br>Attorneys for the UNITED STATES |