KEKER & VAN NEST LLP
JOHN W. KEKER, State Bar No. 49092
  jkeker@kvn.com
ELLIOT R. PETERS, State Bar No. 158708
  epeters@kvn.com
710 Sansome Street
San Francisco, California  94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

CALDWELL LESLIE & PROCTOR, PC
ANDREW ESBENSHADE, State Bar No. 202301
  esbenshade@caldwell-leslie.com
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant
BRUCE KARATZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-0203-ODW |
| Plaintiff, | **ORDER CLARIFYING TERMS OF PROBATION** |
| v. | |
| BRUCE KARATZ, | |
| Defendant. | |

1  Based upon good cause shown, the Court hereby orders that the terms of
2 Bruce Karatz's probation are clarified as follows:
3      Defendant Bruce Karatz shall be permitted to perform his
4      community service hours at Homeboy Industries while
5      participating in the home detention program of the United
6      States Probation Office.
7  All other terms and conditions of Mr. Karatz's probation shall remain the
8 same.
9      IT IS SO ORDERED.

11 DATED: January 7, 2010

                                    _____
                                    HONORABLE OTIS D. WRIGHT II

17 Submitted by:

19           /S/
20 By   JOHN W. KEKER
       Attorneys for Defendant BRUCE
21     KARATZ

CALDWELL
LESLIE &
PROCTOR

-1-

ORDER CLARIFYING TERMS OF PROBATION