**FILED**

JAN 07 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee/<br>    Cross-Appellant,<br><br>v.<br><br>BRUCE E. KARATZ,<br><br>    Defendant - Appellant/<br>    Cross-Appellee. | Nos. 10-50572, 10-50592<br><br>D.C. No. 2:09-cr-00203-ODW-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
JAN - 7 2011
CENTRAL DISTRICT OF CA.

The joint motion for voluntary dismissal of appeal nos. 10-50572 and 10-50592 is granted. These cross-appeals are dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order sent to the district court shall act as and for the mandate of this court for cross-appeals 10-50572 and 10-50592.

                FOR THE COURT:

                Molly Dwyer
                Clerk of Court

                By: Nanette Won
                    Deputy Clerk

NW/MOATT Direct Criminal