KEKER & VAN NEST LLP
JOHN W. KEKER, SBN 49092
Email: JKeker@kvn.com
ELLIOT R. PETERS, SBN 158708
Email: EPeters@kvn.com
MICHAEL D. CELIO, SBN 197998
Email: MCelio@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

CALDWELL LESLIE & PROCTOR, PC
ANDREW ESBENSHADE, SBN 202301
Email: esbenshade@caldwell-leslie.com
BENJAMIN B. AU, SBN 237854
Email : au@caldwell-leslie.com
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant Bruce Karatz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br>BRUCE KARATZ,<br><br>                Defendant. | Case No. CR No. 09-0203-ODW<br><br>***UNOPPOSED* APPLICATION FOR ORDER MODIFYING TERMS OF BRUCE KARATZ'S PROBATION TO PERMIT HIM TO ATTEND MARCH 14, 2011 MEDIATION**<br><br>**[PROPOSED] ORDER MODIFYING TERMS OF BRUCE KARATZ'S PROBATION TO PERMIT HIM TO ATTEND MARCH 14, 2011 MEDIATION filed concurrently herewith**<br><br>Dept: 11<br>Judge: Hon. Otis D. Wright II<br><br>Trial Date: March 9, 2010 |

548210.01

*UNOPPOSED* APPLICATION FOR ORDER MODIFYING TERMS OF BRUCE KARATZ'S PROBATION TO PERMIT HIM TO ATTEND MARCH 14, 2011 MEDIATION
CASE NO. CR No. 09-0203-ODW

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Bruce Karatz, by and through his attorney of record, hereby applies for an Order Modifying Terms of Bruce Karatz's Probation to Permit Him to Attend March 14, 2011 Mediation. A proposed order is filed concurrently herewith. The [Proposed] Order would permit Mr. Karatz to travel to San Francisco on Monday March 10, 2011 to attend a mediation session in *KB Home v. Karatz*.

The grounds for this application are that the [Proposed] Order is sought at the request of mediator in that action, the Hon. Daniel Weinstein (ret.) of JAMS. It will permit Mt. Karatz to leave the Central District for less than one day and he will not spend any night away from Los Angeles.

On March 11, 2011 counsel for the government was provided notice of this Application through its counsel, Assistant United States Attorney Paul Stern. Mr. Stern stated that he has does not oppose the request.

This application is based on the attached Memorandum of Points and Authorities, the Declaration of Michael D. Celio, and any other information contained in the Court file in this matter.

Dated: March 10, 2011                                KEKER & VAN NEST LLP

By: /s/ Michael D. Celio
MICHAEL D. CELIO
Attorneys for Defendant
BRUCE KARATZ

---

1

*UNOPPOSED* APPLICATION FOR ORDER MODIFYING TERMS OF BRUCE KARATZ'S PROBATION TO PERMIT HIM TO ATTEND MARCH 14, 2011 MEDIATION
CASE NO. CR No. 09-0203-ODW

548210.01

## MEMORANDUM OF POINTS AND AUTHORITIES

On November 10, 2010, the Court sentenced Mr. Karatz in this matter to a five-year term of probation with the conditions that he (1) participate for a period of eight months in a home detention program and (2) perform 2,000 hours of community service. In addition to his home confinement, Mr. Karatz is required to comply with General Order 05-02, the second paragraph of which states that he may not leave the Central District of California without leave of the Court or the probation office.

This coming Monday, a mediation session will take place in San Francisco between KB Home and Bruce Karatz. The Hon. Daniel Weinstein (ret.), of JAMS, has insisted that Mr. Karatz's personal presence is important to the success of the mediation session. Mr. Karatz had planned to attend by telephone in light of his sentence of home confinement. We advised Judge Weinstein of the restrictions on Mr. Karatz's ability to travel. We were asked to petition the Court for permission for Mr. Karatz to travel to San Francisco for the Monday session. He would make a one-day trip, and not spend any night outside of Los Angeles.

Mr. Karatz therefore seeks the Court's approval to attend the mediation in San Francisco. We have informed Mr. Karatz's probation officer, who voiced no objection provided the Court approves. We have also given notice to Assistant United States Attorney Paul Stern, who informed us that he has no objection to the request.

Dated: March 10, 2011                    KEKER & VAN NEST LLP

By: /s/ Michael D. Celio
MICHAEL D. CELIO
Attorneys for Defendant
BRUCE KARATZ

2
*UNOPPOSED* APPLICATION FOR ORDER MODIFYING TERMS OF BRUCE KARATZ'S PROBATION TO PERMIT HIM TO ATTEND MARCH 14, 2011 MEDIATION
CASE NO. CR No. 09-0203-ODW

548210.01

## DECLARATION OF MICHAEL D. CELIO

I, MICHAEL D. CELIO, hereby state and declare as follows:

1.  I am a partner with the law firm of Keker & Van Nest and am counsel of record for Bruce Karatz in this matter.  I am an attorney licensed to practice in the State of California and admitted to practice before this Court.  I make this declaration in support of the Application for Order Modifying Terms of Bruce Karatz's Probation to Permit Him to Attend March 14, 2011 Mediation.  Except as expressly stated, I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify accurately to their veracity.

2.  On November 10, 2010, the Court sentenced Mr. Karatz in this matter to a five-year term of probation with the conditions that he (1) participate for a period of eight months in a home detention program and (2) perform 2,000 hours of community service, plus other various terms and conditions.  Mr. Karatz presently may not leave the Central District of California without leave of the Court.

3.  This coming Monday, a mediation session will take place in San Francisco between KB Home and Bruce Karatz.  Based on my conversations with my partner John Keker, I understand that the Hon. Daniel Weinstein (ret.), of JAMS, has insisted that Mr. Karatz's personal presence is important to the success of the mediation session.

4.  Mr. Karatz had planned to attend by telephone in light of his sentence of home confinement.  I understand the Judge Weinstein asked our firm to petition the Court for permission for Mr. Karatz to travel to San Francisco for the Monday session.

5.  The trip would be for only one day.  Mr. Karatz would not spend any night outside of Los Angeles.

6.  This morning, I faxed a letter to Mr. Karatz's probation officer, Richard Colton, notifying him of the request.  Mr. Karatz also notified Mr. Colton.  Based

1  on correspondence I have reviewed between Mr. Colton and Mr. Karatz, Mr.
2  Colton advised Mr. Karatz that the decision was one for the Court to make.  He did
3  not voice any independent objection to the request. I also spoke with Assistant U.S.
4  Attorney Paul Stern, who stated he does not oppose the request.
5
6      I declare under penalty of perjury that the foregoing is true and correct and
7  that this declaration was executed this 10th day of March 2011, in San Francisco,
8  California.

                              /s/ Michael D. Celio
                              MICHAEL D. CELIO

*UNOPPOSED* APPLICATION FOR ORDER MODIFYING TERMS OF BRUCE KARATZ'S PROBATION TO PERMIT HIM TO ATTEND MARCH 14, 2011 MEDIATION
CASE NO. CR No. 09-0203-ODW

548210.01