✎PROB 35  
(Rev. 5/01)

Report and Order Terminating Probation  
Prior to Original Expiration Date

# United States District Court

FOR THE

Central District of California

*FILED  
CLERK, U.S. DISTRICT COURT  
APR 27 2012  
CENTRAL DISTRICT OF CALIFORNIA  
BY            DEPUTY*

UNITED STATES OF AMERICA

v.

Bruce Karatz

Docket No. CR09-00203-ODW

On November 10, 2010, the above named was placed on probation for a period of 60 months. The probationer has complied with the rules and regulations of probation. At the direction of Judge Otis D. Wright, the term of probation in this case is being submitted for termination.

Respectfully submitted,

_____  
JEANIE M. BLODGETT  
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated __27__ day of _____April_____, 20 _12_

_____  
United States District Judge  
OTIS D. WRIGHT, II